In the Matter of MIGNON M. OTTO et al., Appellants, against ALBERT STEINHILBER et al., Constituting the Board of Appeals of the Village of Lynbrook, Respondent.

MICHAEL GARRAMONE, Intervener, Respondent.

Submitted February 26, 1940; decided March 5, 1940.

Motion for a reargument denied, with ten dollars costs and necessary printing disbursements. (See 282 N. Y. 71.)